**CR 13- 0552**

United States Probation Department
Eastern District of New York

# MEMO

Date:       September 20, 2013

To:          DOUG PALMER
              U.S. DISTRICT COURT CLERK

From:       EILEEN KELLY
              CHIEF U.S. PROBATION OFFICER

Re:          **JONES, Jeffrey**
              **DOCKET NO.: 6:03-CR-06096-001** VITALIANO, J.
              **TRANSFER OF JURISDICTION**

2013 SEP 27 PM 3:13

Reference is made to the above-cited individual who is currently under supervision by this office. This offender was originally sentenced in the Western District of New York.

Enclosed please find two original Probation Form 22's ordering jurisdiction of this case to be transferred to the Eastern District of New York. We are requesting that this case be opened and assigned in the Eastern District of New York.

Thank you for your assistance with this matter. If you require anything further, please contact the undersigned officer at (347) 534-3515.

PREPARED BY: _____
              Michael P. Imrek
              U.S. Probation Officer

APPROVED BY: for _____
              Joseph Franco
              Supervising U.S. Probation Officer

◄PROB 22
(Rev. 2/88)

| | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| | 6:03-CR-06096-001 |

# TRANSFER OF JURISDICTION

CR 13- 0552

DOCKET NUMBER *(Rec. Court)*

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | New York Western | Rochester |

| | NAME OF SENTENCING JUDGE |
|---|---|
| Jeffrey Jones | Honorable David G. Larimer, U.S. District Judge |

VITALIANO, J.

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 06/30/2011 | 06/29/2021 |

OFFENSE

Count 1 - Conspiracy to Possess with the Intent to Distribute Cocaine Base (21 U.S.C. § 846)

2013 SEP 27  PM 3: 41

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____Western_____ DISTRICT OF _____New York_____

     IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Eastern District of New York _____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_September 9 2013_
Date

_DAVID LARIMER_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____Eastern_____ DISTRICT OF _____New York_____

     IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____
Effective Date

_____
United States District Judge